# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 69 |
| | : | |
| REAPPOINTMENT TO THE | : | CLIENT SECURITY DOCKET |
| PENNSYLVANIA LAWYERS FUND FOR | : | |
| CLIENT SECURITY BOARD | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2018, the Honorable Albert H. Masland, Cumberland County, is hereby reappointed to the Pennsylvania Lawyers Fund for Client Security Board for a term of three years, commencing April 1, 2018.